UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| JAMES P. TENNILLE; ADELAIDA DELEON; YAMILET RODRIGUEZ; ROBERT P. SMET, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs-Appellees,<br><br>and<br><br>THE WESTERN UNION COMPANY; WESTERN UNION FINANCIAL SERVICES, INC.,<br><br>    Defendants-Appellees,<br><br>v.<br><br>SIKORA NELSON,<br><br>    Objector-Appellant. | No. 13-1378<br>(D.C. No. 1:09-CV-00938-JLK-KMT)<br>(D. Colo.) |

**ORDER**

Before **HOLMES** and **EBEL**, Circuit Judges.

Appellant Sikora Nelson has filed a motion to stay judicial proceedings in the district court pending appeal and for expedited review of this appeal. In determining whether to grant a stay pending appeal, the moving party must address four factors: "(1) the likelihood of success on appeal; (2) the threat of irreparable harm if the stay or injunction is not granted; (3) the absence of harm to opposing parties if the stay or

injunction is granted; and (4) any risk of harm to the public interest." *FTC v. Mainstream Mktg. Servs., Inc.*, 345 F.3d 850, 852 (10th Cir. 2003) (per curiam); *see also* 10th Cir. R. 8.1. Having considered the motion, we conclude that Ms. Nelson has made the requisite showing, and we grant the motion for a stay pending appeal. Accordingly, we stay the following district court orders and proceedings: Order Granting Class Plaintiffs' Motion For Appeal Bond (Doc. 268), filed September 10, 2013 (Dkt. No. 272) (Bond Order); Order, filed October 21, 2013, reaffirming the Bond Order (Dkt. No. 299); Order to Show Cause (Dkt. No. 303) and (Amended) Order to Show Cause (Dkt. No. 304), both filed October 29, 2013; and any further proceedings related to any of the foregoing orders.

Further, we grant the request for expedited review. This appeal will be companioned, for purposes of disposition only, with appeal No. 13-1456, and this stay order shall apply to the orders and proceedings specified above as they concern both Ms. Nelson and Mr. Paul Dorsey. Briefing shall remain separate, and an expedited briefing schedule for both appeals will follow. If the court determines that oral argument is necessary on this matter pertaining to the appeal bond, it will be scheduled during the January 21-24, 2014, term of court, and the Clerk's office will notify the parties as to the date and time. If the court determines that oral argument is not necessary, this matter may be decided on the briefs.

Finally, Plaintiffs-Appellees have filed a motion to dismiss the appeal on jurisdictional grounds. We find that this jurisdictional issue would benefit from the more

plenary form of review that will be available with a complete record and full briefing on the issues. Accordingly, the motion will not be decided at this time. The motion to dismiss and any associated response or reply filed in connection with it are referred for later disposition by the panel that will be assigned to consider the entire appeal on the merits after it has been fully briefed. The automatic suspension of the briefing schedule that went into place with the filing of the motion to dismiss by operation of 10th Cir. R. 27.2(C) is lifted.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk