FILED
United States Court of Appeals
Tenth Circuit

March 18, 2014

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JAMES P. TENNILLE; et al., | |
| Plaintiffs - Appellees, | |
| v. | Nos. 13-1310, 13-1378 |
| THE WESTERN UNION COMPANY; WESTERN UNION FINANCIAL SERVICES, INC., | |
| Defendants - Appellees, | |
| ----------------------------- | |
| SIKORA NELSON, | |
| Objector - Appellant. | |

_____

**ORDER**
_____

Before **LUCERO**, **EBEL**, and **HOLMES**, Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. John Anding argued for the Appellant. Jeffrey Leon argued for the Appellee.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER
Clerk of the Court